1  ROSSI & MEAGHER, LLP
   Anna M. Rossi, State Bar No. 106229
2  amr@rossimeagher.com
   Patricia A. Meagher, State Bar No. 113219
3  pmeagher@rossimeagher.com
   582 Market Street, Suite 301
4  San Francisco, CA 94104
   Telephone: (415) 362-6516
5  Facsimile: (415) 362-6515

6  MARKUN ZUSMAN & COMPTON LLP
   Edward S. Zusman, State Bar No. 154366
7  ezusman@mzclaw.com
   Kevin K. Eng, State Bar No. 209036
8  keng@mzclaw.com
   465 California Street, 5th Floor
9  San Francisco, California 94104
   Telephone: (415) 438-5415
10 Facsimile: (415) 434-4505

11 Attorneys for Plaintiff

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 MAICHI NGUYEN, individually, and on       Case No.: 06-07433 JF MED
   behalf of all others similarly situated,

17                                           STIPULATION AND [PROPOSED]
                Plaintiff,                   ORDER RE REMOVAL OF CASE FROM
18                                           COURT-SPONSORED MEDIATION IN
         v.                                  FAVOR OF PRIVATE MEDIATION
19
   WALGREEN COMPANY,
20
                Defendant.
21

22       The parties hereby stipulate as follows:

23       1.   On June 21, 2007, the ADR Case Administrator issued the attached Notice of

24 Appointment of Mediator.

25       2.   Plaintiff Nguyen and defendant Walgreen Company agreed to mediation and

26 scheduled a private mediation prior to issuance of the Notice on June 21, 2007.

27       3.   The private mediation will also be attended by plaintiff Kasten-Garoutte who has a

28

                                         1
   STIP & [PROP] ORDER RE REMOVAL OF CASE IN FAVOR OF PRIVATE MEDIATION

1  similar lawsuit pending in the Superior Court for the County of San Mateo against defendant
2  Walgreen Company. See Joint Case Management Conference Statement dated May 11, 2007 at
3  No. 10.

4.  The private mediation is scheduled as follows:

   Mediator:  Michael L. Wolfram
   Date:      August 30, 2007 10:00 a.m.
   Place:     2029 Century Park East, Suite 3300
              Los Angeles, CA 90067

5.  The parties jointly request the court to remove the case from court-sponsored mediation in favor of the private mediation that has been arranged by the parties.

Dated: 7-25, 2007                    ROSSI & MEAGHER

                                     _____
                                     PATRICIA A. MEAGHER
                                     Attorneys for Plaintiff

Dated: July 26, 2007                 MARKUN ZUSMAN & COMPTON LLP

                                     _____
                                     KEVIN ENG
                                     Attorneys for Plaintiff

Dated: July 26, 2007                 SEYFARTH SHAW LLP

                                     _____
                                     DIANA TABACOPOULOS
                                     Attorneys for Defendant

IT IS SO ORDERED:

8/2/07                               _____
                                     UNITED STATES DISTRICT COURT JUDGE