*efiled 12/6/07

1  ROSSI & MEAGHER, LLP
   Anna M. Rossi, State Bar No. 106229
2  amr@rossimeagher.com
   Patricia A. Meagher, State Bar No. 113219
3  pmeagher@rossimeagher.com
   582 Market Street, Suite 301
4  San Francisco, CA  94104
   Telephone:  (415) 362-6516
5  Facsimile:  (415) 362-6515

6  MARKUN ZUSMAN & COMPTON LLP
   Edward S. Zusman, State Bar No. 154366
7  ezusman@mzclaw.com
   Kevin K. Eng, State Bar No. 209036
8  keng@mzclaw.com
   465 California Street, 5th Floor
9  San Francisco, California 94104
   Telephone:  (415) 438-5415
10 Facsimile: (415) 434-4505

11 Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAICHI NGUYEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN COMPANY,<br><br>Defendant. | Case No.: 06-07433 JF MED<br><br>**STIPULATION OF DISMISSAL** AND ORDER |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1     IT IS HEREBY STIPULATED by and between the parties to this action, through the
2 undersigned counsel, that the above-captioned action be, and hereby is, dismissed with prejudice
3 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

4

5 Dated: December 4, 2007                           ROSSI & MEAGHER

6

7                                                         /s/ Anna M. Rossi
8                                                         ANNA M. ROSSI
                                                         Attorneys for Plaintiff
9

10 Dated: December 4, 2007                          MARKUN ZUSMAN & COMPTON LLP

11

12                                                         /s/ Kevin Eng
                                                         KEVIN ENG
13                                                          Attorneys for Plaintiff

14 Dated: December 4, 2007                          SEYFARTH SHAW LLP

15

16                                                         /s/ Diana Tabacopoulos
                                                         DIANA TABACOPOULOS
17                                                         Attorneys for Defendant

18

19

20 IT IS SO ORDERED:

21

22 Dated: 12/6/07

23                                                         HON. JEREMY FOGEL
                                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28