*efiled 12/6/07

1  ROSSI & MEAGHER, LLP
   Anna M. Rossi, State Bar No. 106229
2  amr@rossimeagher.com
   Patricia A. Meagher, State Bar No. 113219
3  pmeagher@rossimeagher.com
   582 Market Street, Suite 301
4  San Francisco, CA  94104
   Telephone:  (415) 362-6516
5  Facsimile:  (415) 362-6515

6  MARKUN ZUSMAN & COMPTON LLP
   Edward S. Zusman, State Bar No. 154366
7  ezusman@mzclaw.com
   Kevin K. Eng, State Bar No. 209036
8  keng@mzclaw.com
   465 California Street, 5th Floor
9  San Francisco, California 94104
   Telephone:  (415) 438-5415
10 Facsimile: (415) 434-4505

11 Attorneys for Plaintiff

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                            **SAN JOSE DIVISION**
15

16 MAICHI NGUYEN, individually, and on       Case No.: 06-07433 JF MED
17 behalf of all others similarly situated,

18              Plaintiff,                    **STIPULATION OF DISMISSAL**
                                              AND ORDER
19              v.

20 WALGREEN COMPANY,

21              Defendant.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

1   IT IS HEREBY STIPULATED by and between the parties to this action, through the
2   undersigned counsel, that the above-captioned action be, and hereby is, dismissed with prejudice
3   pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

5   Dated:  December 4, 2007                    ROSSI & MEAGHER

7                                                                /s/ Anna M. Rossi
                                                                 ANNA M. ROSSI
8                                                                Attorneys for Plaintiff

10  Dated:  December 4, 2007                    MARKUN ZUSMAN & COMPTON LLP

12                                                               /s/ Kevin Eng
                                                                 KEVIN ENG
13                                                               Attorneys for Plaintiff

14  Dated: December 4, 2007                     SEYFARTH SHAW LLP

16                                                               /s/ Diana Tabacopoulos
                                                                 DIANA TABACOPOULOS
17                                                               Attorneys for Defendant

20  IT IS SO ORDERED:

22  Dated:  12/6/07
                                                                 HON. JEREMY FOGEL
23                                                               UNITED STATES DISTRICT JUDGE